Evan Rollins,
    Plaintiff,

-v-

Case No. 3:23-cv-310

Dr. Verdon, Dr. Pupko
MHP Beck, MHP Sites
Nurse Pemberton, Nurse Wilson
Nurse Imlay, Sergeant Prather
Sergeant Baker, Officer Walser
Officer Russell, Officer Huntley
Officer Hillman, Sergeant Aslinger
    Defendant`(s)

-FILED-
APR 20 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## Complaint

### I. Jurisdiction & Venue

This civil Action Authorized By 42 U.S.C. Section 1983 To redress the deprivation under color of state Law, of rights secured by the constitution of the United States. This court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (2) (3). Plaintiff Rollins seeks claratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Rollins claims for monetary relief that the court will grant and authorized by 28 U.S.C. Section 2285 + 1284 and rule 65 of

the federal rules of civil procedure. The Northern District of Indiana is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise in this claim occurred.

## II. Plaintiff

Plaintiff Rollins, is and was at all times mentioned here in a prisoner of the state of Indiana in the custody of the Indiana Department of Corrections. He is currently confined in New Castle Correctional Facility in New Castle Indiana.

## III. Defendant's

Defendant'(s) Dr. Verdon, Dr. Pupko, MHP Beck, MHP sites are legally responsible for the plaintiff Evan Rollins not receiving proper mental health care. And are staff who work at Miami Correctional Facility And

Defendant(s) Nurse Pemberton, Nurse Wilson, Nurse Imlay are and were nurses who work or did work at Miami Correctional Facility and are and were legally responsible for refusing plaintiff Evan Rollins medical treatment and for not turning in his health care slips so he can get treated. And

Defendant'(s) Officer Walser, Officer Russell, Officer Huntley, Officer Hillman, Sergeant Prather, Sergeant Baker, Sergeant Aslinger were legally responsible to report to Mental Health whenever I stated that I was suicidal or whenever I attempted to commit suicide.

These Defendant(s) is sued individually and their offical capacity. At all times mentioned in this complaint these defendant'(s) acted under the color of state and Federal Law.

## IV. Facts

1. While housed at Miami Correctional Facility. A level 4 maximum security facility where the facility kept going on secure lockdown due to the violence. The plaintiff has been in Miami Correctional Facility since March of 2019. And

2. While at Miami Correctional Facility during the year of 2022 the plaintiff Evan Rollins has reported several times to correctional officers, Nurses, and mental health staff that he felt suicidal and had plans on carring out the suicide attempt. The plaintiff was told on multiple occasions to fill

out a health care request. During those times the plaintiff swallow multiple AAA batteries in an attempt to commit suicide and end his life.

3. The plaintiff wrote multiple grievances to address this matter which were given to officers to place into the mail bag. Which alot of the times were never turned in to the grievance specialist.

4. The plaintiff filed multiple health care requests expressing his concerns to Mental Health about feeling like he was not receiving proper mental health treatment

5. The defendant'(s) Dr. Verdon, Dr. Pupko, MHP Beck, MHP sites, Nurse Pemberton, Nurse Wilson, Nurse Imlay, Sergeant Prather, Sergeant Baker, Sergeant Aslinger, Officer Walser, Officer Hillman, Officer Huntley, Officer Russell acted with deliberate indifference to Mental Health needs and caused injury to plaintiff Evan Rollins by emotional distress, suffering, and mental anguish, as they did so knowingly and intentionally.

## V. Legal Claims.

6. Plaintiff Evan Rollins reallege and In Corporate By referance paragraphs 1-5, And

## VI. Prayer For Relief

Wherefore, Plaintiff respectfully prays that this Court enter Judgement.

7. Granting plaintiff Rollins a declaration that the acts and omission described herein Violate his right under the constitution and law of the United States And.

8. Granting plaintiff Rollins punitive damages in the amount of $750,000.00 dollars) Against all the defendant(s) in this complaint and serverally so. And

9. Plaintiff also seeks a jury trial on all issue's Triable by jury.

10. Plaintiff also seeks recovery of his cost in this lawsuit, And

11. Any additional relief this court deems just, proper, and equitable.

Date: 04/12/2023
X Evan Rollins - pro #167016
X Evan Rollins - pro #167016

12. I have read the forgoing complaint and here-By verify that the matters alleged herein are true, except as to matters alleged on information and belief, and facts to those, I believe to be true. I certify under penalty and perjury that the foregoing is true and correct.

04/12/2023                 Evan Rollins