AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EVAN ROLLINS

          Plaintiff

v.                                          Civil Action No. 3:23-cv-310

VERDON
*Doctor*

PUPKO
*Doctor*

BECK
*MHP*

SITES
*MHP*

PEMBERTON
*Nurse*

WILSON
*Nurse*

IMLAY
*Nurse*

PRATHER
*Sergeant*

BAKER
*Sergeant*

WALSER
*Officer*

RUSSELL
*Officer*

HUNTLEY
*Officer*

    HILLMAN
*Officer*

    ASLINGER
*Sergeant*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Jon E. DeGuilion


DATE:  10/20/2023          CHANDA J. BERTA, CLERK OF COURT

                                                by      s/J. Barboza
                                                     *Signature of Clerk or Deputy Clerk*